No. 292. NEHER *v.* HARWOOD, POSTMASTER. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Walter H. Maloney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for respondent.

No. 293. LEBANON STEEL FOUNDRY *v.* NATIONAL LABOR RELATIONS BOARD. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. H. Rank Bickel, Jr.* and *H. P. McFadden* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 294. WIREN *v.* SHUBERT THEATRE CORP. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Oscar B. Wiren* for petitioner. *Mr. William Klein* for the Shubert Theatre Corporation et al.; and *Mr. Louis Phillips* for Paramount Pictures, Inc.,—respondents.

No. 297. WILLKIE *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Wendell L. Willkie* and *Harold J. Gallagher* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 301. THOMSON, TRUSTEE, ET AL. *v.* HICKS ET AL. October 12, 1942. Petition for writ of certiorari to the